IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02867-PAB-MEH

PIONEER AMT-FREE MUNICIPAL FUND, by and through other Pioneer Investment Management, Inc.,
AIM TAX EXEMPT FUNDS (Invesco Tax Exempt Funds), on behalf of its portfolio, other Invesco High Income Municipal Fund, formerly known as AIM Tax Exempt Funds, other AIM High Income Municipal Fund,
THE LORD ABBETT MUNICIPAL INCOME TRUST - LORD ABBETT HIGH YIELD MUNICIPAL BOND FUND, and
THE LORD ABBETT MUNICIPAL INCOME FUND, INC. - LORD ABBETT NATIONAL TAX-FREE INCOME FUND,

    Plaintiffs,

v.

D.A. DAVIDSON & CO.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 18, 2011.**

    Plaintiffs' Forthwith Motion to Vacate Scheduling Hearing and Extend F.R.C.P. 16 and 26 Deadlines [filed January 11, 2011; docket #23] is **granted**. Although a stay of all discovery and other deadlines is generally disfavored in this District, the Court believes a stay is appropriate here, particularly in light of the District Court's extension of the deadlines for Plaintiffs to respond to the pending motion to dismiss and to Defendant's counterclaim until after the Court rules on Plaintiffs' motion to remand [filed January 13, 2011; docket #28]. *See Chavez v. Young Am. Ins. Co.*, No. 06-2419, 2007 WL 683973, *2 (D. Colo. Mar. 2, 2007). Accordingly, the Scheduling Conference set for January 21, 2011, is **vacated**. Discovery in this matter is hereby **stayed**. The parties are directed to file a status report within *five business days* of the District Court's ruling on Plaintiffs' motion to remand.